# United States Bankruptcy Court
# Central District Of California

| In re:<br>Lars Johnson<br>aka Larry E. Johnson, dba Lars Johnson Remodel & Repair | CHAPTER NO.: 7 |
|---|---|
| | CASE NO.: 9:10–bk–16211–RR |

## CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

**A.** You must cure the following within 14 days from filing of your petition:

☑ Summary of Schedules (Official Form B6). [Court Manual, section 2–1]
☑ Signed Declaration Concerning Debtor's Schedules (Official Form B6). [Court Manual, section 2–1]
☑ Disclosure of Compensation of Attorney for Debtor, Certified by Attorney (Official Form B203). [11 U.S.C. § 329; F.R.B.P. 2016(b); Court Manual, section 2–1]
☑ Declaration of Attorney's Limited Scope of Appearance. [Local Bankruptcy Rule 2090–1(a); Court Manual, section 2–1]
☑ Statistical Summary of Certain Liabilities
☑ Debtor's Certification of Employment Income pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)

**B.** You must file the Chapter 7 Individual Debtor's Statement of Intention [11 U.S.C. § 521(a)(2)(A)] within 30 days from filing of your petition. [Court Manual, section 2–1]

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above that are not electronically filed you must file the original and the following number of copies in accordance with Local Bankruptcy Rules 1002–1(c) and 5005–2, and Court Manual, section 2–1(a)(7).

        Chapter 7    Original only

**Please return the original or copy of this form with all required items to the following location:**

        1415 State Street, Santa Barbara, CA 93101–2511

If you have any questions, please contact the below–referenced Deputy Clerk:

Dated: <u>December 4, 2010</u>

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

**By: <u>Brad Handy</u>**
**Deputy Clerk**