**United States Bankruptcy Court**
**Central District Of California**

In re:
Lars Johnson
aka Larry E. Johnson, dba Lars Johnson Remodel & Repair

CHAPTER NO.: 7

CASE NO.: 9:10–bk–16211–RR

# ORDER TO COMPLY WITH BANKRUPTCY RULE 1007
# AND NOTICE OF INTENT TO DISMISS CASE

**To Debtor and Debtor's Attorney of Record,**

YOU FAILED TO FILE THE FOLLOWING DOCUMENTS:

- ☑ Schedule A
- ☐ Schedule B
- ☐ Schedule C
- ☑ Schedule D
- ☑ Schedule E
- ☑ Schedule F
- ☑ Schedule G
- ☑ Schedule H
- ☑ Schedule I
- ☑ Schedule J
- ☑ Stmt. of Fin. Affairs
- ☑ Statement – Form 22A

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

According to Bankruptcy Rule 1007(c), within 14 days after you filed the petition, **YOU MUST EITHER:**

(1) File the required documents. If the document is filed electronically, no hard copy need to be submitted to the court. (See Local Bankruptcy Rule 5005–2(d) and Court Manual, Appendix "F" as to whether a copy must be served on the judge.)

**OR**

(2) File and serve a motion for an order extending the time to file the required document(s). If you make such a motion and it is denied after the 14 days have expired, your case will be dismissed.

**IF YOU DO NOT COMPLY** in a timely manner with either of the above alternatives, the court **WILL DISMISS YOUR CASE WITHOUT FURTHER NOTICE.**

**BY ORDER OF THE COURT**                                                   **KATHLEEN J. CAMPBELL, CLERK OF COURT**

Dated: December 4, 2010                                                              **By: Brad Handy**
                                                                                                              **Deputy Clerk**

mdeforco – Revised 12/2010                                                                                      **5 – 1 / BHG**

# CERTIFICATE OF NOTICE

```
District/off: 0973-9          User: bhandyC              Page 1 of 1                   Date Rcvd: Dec 06, 2010
Case: 10-16211                Form ID: mdeforco          Total Noticed: 1
```

The following entities were noticed by first class mail on Dec 08, 2010.
db            +Lars Johnson,    2985 Harbor Blvd.,    Ventura, CA 93001-4201

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 08, 2010**                    **Signature:**    _Joseph Speetjens_